IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARTIN MCALLISTER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-164 (MTT) |
| DR. FYE, DR. SMITH, DR. FERRELL, and DR. LONG, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Reconsideration (Doc. 15) of this Court's October 7, 2011, Order (Doc. 14) adopting the Magistrate Judge's Recommendation.  In his motion, the Plaintiff claims that he never received documents 9, 10, 11, 12, and 13, as they are listed on the Court's docket.  Of these documents, only one, the Magistrate Judge's Order and Recommendation (Doc. 10), contains any substantive analysis of the Plaintiff's claims.  However, if the Plaintiff's allegation that he never received these documents is true, then the Plaintiff would not have had an opportunity to file an objection to the Magistrate Judge's Recommendation.

Accordingly, out of an abundance of caution, the motion is **granted**.  The Clerk of Court shall resend documents 9, 10, 11, 12, and 13 to the Plaintiff, and the Plaintiff shall have until November 10, 2011, to file an objection to the Magistrate Judge's Recommendation, at which time the Court will decide on the proper course of action.

**SO ORDERED,** this 25th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT