IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARTIN MCALLISTER,              ) | |
|    Plaintiff,                         ) | |
|    v.                                      ) | CIVIL ACTION NO. 5:11-CV-164 (MTT) |
| DR. FYE, DR. SMITH, DR. FERRELL, ) and DR. LONG,                    ) | |
|    Defendants.                     ) | |

## ORDER

By order of this Court dated October 25, 2011, the Plaintiff was given until November 10, 2011, to file an objection to the Magistrate Judge's Recommendation. (Doc. 16). No objection was filed. Accordingly, for the reasons set forth in the Court's previous Order adopting the Magistrate Judge's Recommendation, the Recommendation is adopted and made the order of this Court.

**SO ORDERED,** this 15th day of November, 2011.

                                              S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT