**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **MARTIN MCALLISTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:11-CV-164 (MTT)** |
| ) | |
| **DR. FYE,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

This matter is before the Court on the Recommendation of United States

Magistrate Judge Stephen Hyles.  (Doc. 27).  The Magistrate Judge recommends

granting the Defendant's Motion to Dismiss.  The Plaintiff has filed an objection to the

Recommendation.  (Doc. 28).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has

considered the Plaintiff's objection and made a de novo determination of the portions of

the Recommendation to which the Petitioner objects.

The Recommendation is adopted and made the order of this Court.  The

Defendant's Motion to Dismiss is granted and this action is dismissed.

**SO ORDERED,** this 23rd day of March, 2012.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT