IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MARTIN MCALLISTER,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-164 (MTT) |
| **DR. FYE,** | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 27). The Magistrate Judge recommends granting the Defendant's Motion to Dismiss. The Plaintiff has filed an objection to the Recommendation. (Doc. 28). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Petitioner objects.

The Recommendation is adopted and made the order of this Court. The Defendant's Motion to Dismiss is granted and this action is dismissed.

**SO ORDERED,** this 23rd day of March, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT